# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | | |
|---|---|---|
| RAY CAREY, | } | Civil Action 1:14-cv-202 |
| | } | |
| Plaintiff, | } | JUDGE: LESLEY WELLS |
| | } | |
| v. | } | |
| | } | |
| ACCOUNTS RECEIVABLE | ) | |
| MANAGEMENT, INC. | } | |
| | } | |
| Defendant. | } | |

## PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

Now comes Plaintiff, by and through undersigned counsel and hereby voluntary dismisses his case, without prejudice, pursuant to Rule 41(a)(1)(A)(i).

Respectfully Submitted,

KAHN & ASSOCIATES, L.L.C.

*/s/ J. Daniel Scharville*

J. DANIEL SCHARVILLE (0071132)
6200 Rockside Woods Blvd – Suite 215
Independence, Ohio 44131
(216) 621-6101
(216) 621-6006 Facsimile
Attorney for Plaintiff