IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

------------------------------------------------------- :
RAY CAREY,                                              : CASE NO. 1:14 CV 202
                                                        :
                            Plaintiff,                  :
                                                        :
            -vs-                                        :
                                                        :
                                                        :
ACCOUNTS RECEIVABLE                                     :
MANAGEMENT, INC.                                        : ORDER OF DISMISSAL
                            Defendant.                  :
------------------------------------------------------- :

UNITED STATES DISTRICT JUDGE LESLEY WELLS

　　　This case is before the Court on the plaintiff's notice of voluntary dismissal without prejudice. (Doc. 4). Pursuant to Federal Rule 41(a)(1)(A)(i), this matter is hereby dismissed without prejudice.

　　　IT IS SO ORDERED.

　　　　　　　　　　　　　　　　　　　　　　/s/ Lesley Wells
　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

Date: 10 March 2014